**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

    **Plaintiff,**

**v.**                                                                         **Case No. 3:26-cv-451-AW-ZCB**

**CHIP SIMMONS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 6) and incorporate it into this order. Plaintiff has not filed any objection to the report and recommendation.

The clerk will enter a judgment that says, "This case is dismissed without prejudice under the court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

SO ORDERED on April 6, 2026.

s/ *Allen Winsor*
Chief United States District Judge